UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAD SCHMITT,

        Plaintiff,

    v.

RELIASTAR LIFE INSURANCE
COMPANY, and DOES 1 to 100,

        Defendants.
                                          /

NO. CIV. S-13-0436 LKK/KJN

O R D E R

    Plaintiff has applied to proceed in this civil action without prepayment of fees or costs under 28 U.S.C. § 1915. As plaintiff is represented by counsel, the magistrate judge referred his application to this court.

    The benefit of proceeding *in forma pauperis* is a privilege, not a right. Franklin v. Murphy, 745 F.2d 1221, 1231 (9th Cir. 1984). A petitioner need not "be absolutely destitute to enjoy the benefit of this statute." Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948); Jefferson v. United States, 277 F.2d 723, 725 (9th Cir. 1960). But he must demonstrate his poverty with "some particularity, definiteness, and certainty." United States v.

1

1  McQuade, 647 F.2d 938, 940 (9th Cir. 1981).

2       The court notes that plaintiff has not been employed since
3  September 29, 2008. The complaint herein alleges that he has been
4  disabled since this date, and that he has brought this action
5  seeking damages for defendant Reliastar Life Insurance Company's
6  denial of long-term disability benefits. (ECF No. 1.)

7       Plaintiff has submitted an affidavit that includes a statement
8  of all assets, as required by section 1915(a). According to the
9  affidavit, plainitff has $6479.50 in a brokerage account, over
10 $190,000 in retirement accounts, and receives $1564/month in social
11 security disability payments. Without understating any financial
12 difficulties that plaintiff is experiencing, the court must
13 conclude that he has failed to show an inability pay the filing
14 fee.

15      Accordingly, plaintiff's application to proceed without
16 prepayment of fees is DENIED without prejudice. He is DIRECTED to
17 pay the required filing fee if he wishes to proceed with this
18 action.

19      IT IS SO ORDERED.

20      DATED:  March 8, 2013.

23                              _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
24                              UNITED STATES DISTRICT COURT