UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAD SCHMITT,

          NO. CIV. S-13-0436 LKK/KJN

    Plaintiff,

  v.

          O R D E R

RELIASTAR LIFE INSURANCE COMPANY,

    Defendant.

_____/

    A status conference was held in chambers on June 17, 2013. After hearing, the court orders as follows:

    The case is to be resolved on the Administrative Record and thus, susceptible to disposition by motion practice. Accordingly, the court orders that defendant file the Administrative Record by January 15, 2014.

    The parties are to file opening briefs by January 27, 2014, opposition briefs by February 10, 2014, and closing briefs by February 17, 2014. Hearing is set for March 3, 2014 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: June 18, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1