1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD SCHMITT, | ) Case No. 2:13-CV-00436-LKK-KJN |
| Plaintiff, | ) **ORDER RE STIPULATION FOR** |
| | ) **DISMISSAL OF ENTIRE ACTION** |
| vs. | ) **WITH PREJUDICE** |
| RELIASTAR LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 13-CV-00436-LKK-KJN, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: February 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. 2:13-CV-00436-LKK-KJN
ORDER UPON STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE